■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZEPHANIA FLUKER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 1, 1974, convicting him of attempted murder, assault in the first degree, possession of weapons, etc., as a felony, and criminal possession of a dangerous drug in the sixth degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of possession of weapons, etc., as a felony, and the sentence imposed thereon, and the said count is dismissed. As so

modified, judgment affirmed. Under the facts of this case, defendant could not have committed attempted murder without having also been guilty of possession of weapons, etc., as a felony. Therefore, the guilty verdict on the attempted murder count required dismissal of the lesser included count of possession of weapons, etc., as a felony (see *People v Grier*, 37 NY2d 847). Latham, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.